[No. 29932-5-III. Division Three. November 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER L. PENCE, *Petitioner*.

Appeal from a judgment of the Superior Court for Lincoln County, No. 10-1-00035-3, John F. Strohmaier, J., entered April 28, 2011. *Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Sweeney, J.

[No. 30002-1-III. Division Three. November 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. ISMAEL SANCHEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 08-8-01579-4, Susan L. Hahn, J., entered May 6, 2011. *Affirmed* by unpublished opinion per Korsmo, C.J., concurred in by Brown and Kulik, JJ. Now published at 172 Wn. App. 678.

[No. 30111-7-III. Division Three. November 15, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB STEPHEN BECK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 11-1-00127-1, Gregory D. Sypolt, J., entered July 15, 2011. *Affirmed* by unpublished opinion per Siddoway, A.C.J., concurred in by Sweeney and Kulik, JJ.